DOWNINGTOWN AREA SCHOOL DISTRICT
540 TRESTLE PLACE
DOWNINGTOWN, PA 19335-

Date 6/3/2022  V1299788

PAY ***Copy********VOID CHECK***************  Amount **********Copy

To the Order of:
CHARLENE A BIGELOW
1606 RUSSELL DR
DOWNINGTOWN, PA
19335

CREATED BY EMPLOYEE ACCESS CENTER

**Statement of Earnings and Deductions**

| Location | Employee No. | Period Ending | Check No. | Check Date |
|---|---|---|---|---|
| 82 | 19277 | 6/3/2022 | V1299788 | 6/3/2022 |

| Earnings ||||  Employee Deductions ||| Employer Contributions ||
|---|---|---|---|---|---|---|---|---|
| Description | Hours | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REGULAR WAGES | 75.00 | 3,529.62 | 38,825.82 | FICA | 341.36 | 2,562.12 | 341.36 | 2,562.12 |
| TECH INNOVATO |  | 366.66 | 733.33 | MEDICARE | 79.83 | 599.20 | 79.83 | 599.20 |
| MENTOR PAYMEN |  | 315.00 | 630.00 | FED TAX | 648.59 | 3,829.06 | .00 | 0.00 |
| SENIOR CLASS | 1.00 |  |  | STATE TAX | 169.03 | 1,268.66 | .00 | 0.00 |
|  |  | 1,198.16 | 2,396.33 | LOCAL TAX | 68.82 | 516.53 | .00 | 0.00 |
| CLASS COVERAG |  | .00 | 41.00 | UNEMP COMP | 3.40 | 25.90 | 3.40 | 25.90 |
| SECONDARY BLD |  | 262.50 | 525.00 | LST 52 | 2.00 | 22.00 | .00 | 0.00 |
|  |  |  |  | RETIREMENT | 425.40 | 3,236.36 | 1,981.78 | 15,077.13 |
|  |  |  |  | DAEA DUES | .00 | 471.00 | .00 | 0.00 |
|  |  |  |  | ADD | .00 | .00 | 0.30 | 3.30 |
|  |  |  |  | MEDICAL | 100.86 | 1,109.46 | 739.63 | 8,135.93 |
|  |  |  |  | PRESCRIP | 28.21 | 310.31 | 206.85 | 2,275.35 |
|  |  |  |  | DENTAL | 6.13 | 67.43 | 44.95 | 494.45 |
|  |  |  |  | VISION | 0.92 | 10.12 | 6.73 | 74.03 |
|  |  |  |  | LIFE PREM | .00 | .00 | 2.40 | 26.40 |
|  |  |  |  | LTD | .00 | .00 | 2.94 | 32.34 |
|  |  |  |  | STD | .00 | .00 | 0.43 | 4.73 |
|  |  |  |  | VOL LIFE | 33.48 | 368.28 | .00 | 0.00 |
|  |  |  |  | MED SPEND | 30.00 | 330.00 | .00 | 0.00 |
|  |  |  |  | VANGUARD | 100.00 | 1,100.00 | .00 | 0.00 |
|  |  |  |  | STONEBRIDG | 3,633.91 | 27,325.05 | .00 | 0.00 |
| **Totals** | 76.00 | 5671.94 | 43,151.48 | **Totals** | 5,671.94 | 43,151.48 | 3,410.60 | 29,310.88 |

| Leave | Earned | Taken | End Balance |
|---|---|---|---|
| ILLNESS | 10.00 | 5.00 | 89.50 |
| PERSONAL | 2.00 | 2.00 | 0.00 |
| BANK PRSNL | 0.00 | 0.00 | 5.00 |
| ADV PRSNL | 0.00 | 1.00 | 4.00 |
| MISC PAY | 0.00 | 5.00 | -5.00 |
| NO PAY | 0.00 | 0.00 | 0.00 |

STONEBRIDGE BANK                3,633.91

**Net Pay**: 3,633.91

Employee: CHARLENE BIGELOW

Tax Information

| | Fed | State |
|---|---|---|
| MARITAL STATUS | M | S |
| EXEMPTIONS | 0 | 0 |

Notes:

DOWNINGTOWN AREA SCHOOL DISTRICT
540 TRESTLE PLACE
DOWNINGTOWN, PA 19335-

Date 5/20/2022   V1298038

PAY ************************VOID CHECK***************     Amount   **********



To the Order of:
CHARLENE A BIGELOW
1606 RUSSELL DR
DOWNINGTOWN, PA
19335

CREATED BY EMPLOYEE ACCESS CENTER
**Statement of Earnings and Deductions**

| Location | Employee No. | Period Ending | Check No. | Check Date |
|---|---|---|---|---|
| 82 | 19277 | 5/20/2022 | V1298038 | 5/20/2022 |

| Earnings | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|
| Description | Hours | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REGULAR WAGES | 75.00 | 3,529.62 | 35,296.20 | FICA | 211.08 | 2,220.76 | 211.08 | 2,220.76 |
| TECH INNOVATO | | .00 | 366.67 | MEDICARE | 49.37 | 519.37 | 49.37 | 519.37 |
| MENTOR PAYMEN | | .00 | 315.00 | FED TAX | 288.60 | 3,180.47 | .00 | 0.00 |
| SENIOR CLASS | | .00 | 1,198.17 | STATE TAX | 104.52 | 1,099.63 | .00 | 0.00 |
| CLASS COVERAG | 1.00 | 41.00 | 41.00 | LOCAL TAX | 42.56 | 447.71 | .00 | 0.00 |
| SECONDARY BLD | | .00 | 262.50 | UNEMP COMP | 2.14 | 22.50 | 2.14 | 22.50 |
| | | | | LST 52 | 2.00 | 20.00 | .00 | 0.00 |
| | | | | RETIREMENT | 267.80 | 2,810.96 | 1,247.57 | 13,095.35 |
| | | | | DAEA DUES | .00 | 471.00 | .00 | 0.00 |
| | | | | ADD | .00 | .00 | 0.30 | 3.00 |
| | | | | MEDICAL | 100.86 | 1,008.60 | 739.63 | 7,396.30 |
| | | | | PRESCRIP | 28.21 | 282.10 | 206.85 | 2,068.50 |
| | | | | DENTAL | 6.13 | 61.30 | 44.95 | 449.50 |
| | | | | VISION | 0.92 | 9.20 | 6.73 | 67.30 |
| | | | | LIFE PREM | .00 | .00 | 2.40 | 24.00 |
| | | | | LTD | .00 | .00 | 2.94 | 29.40 |
| | | | | STD | .00 | .00 | 0.43 | 4.30 |
| | | | | VOL LIFE | 33.48 | 334.80 | .00 | 0.00 |
| | | | | MED SPEND | 30.00 | 300.00 | .00 | 0.00 |
| | | | | VANGUARD | 100.00 | 1,000.00 | .00 | 0.00 |
| | | | | STONEBRIDG | 2,302.95 | 23,691.14 | .00 | 0.00 |
| **Totals** | 76.00 | 3570.62 | 37,479.54 | **Totals** | 3,570.62 | 37,479.54 | 2,514.39 | 25,900.28 |

| Leave | Earned | Taken | End Balance |
|---|---|---|---|
| ILLNESS | 10.00 | 5.00 | 89.50 |
| PERSONAL | 2.00 | 1.00 | 1.00 |
| BANK PRSNL | 0.00 | 0.00 | 5.00 |
| ADV PRSNL | 0.00 | 0.00 | 5.00 |
| MISC PAY | 0.00 | 3.00 | -3.00 |
| NO PAY | 0.00 | 0.00 | 0.00 |

STONEBRIDGE BANK     2,302.95

**Net Pay**  2,302.95

Employee: CHARLENE BIGELOW

Tax Information
| | Fed | State |
|---|---|---|
| MARITAL STATUS | M | S |
| EXEMPTIONS | 0 | 0 |

Notes:

DOWNINGTOWN AREA SCHOOL DISTRICT
540 TRESTLE PLACE
DOWNINGTOWN, PA 19335-

Date 5/6/2022    V1296309

Pay  ****************VOID CHECK***************    Amount 

To the Order of:
CHARLENE A BIGELOW
1606 RUSSELL DR
DOWNINGTOWN, PA
19335

CREATED BY EMPLOYEE ACCESS CENTER

| Location | Employee No. | Period Ending | Check No. | Check Date |
|---|---|---|---|---|
| 82 | 19277 | 5/6/2022 | V1296309 | 5/6/2022 |

**Statement of Earnings and Deductions**

| Earnings | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|
| Description | Hours | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REGULAR WAGES | 75.00 | 3,529.62 | 31,766.58 | FICA | 208.54 | 2,009.68 | 208.54 | 2,009.68 |
| TECH INNOVATO | | .00 | 366.67 | MEDICARE | 48.77 | 470.00 | 48.77 | 470.00 |
| MENTOR PAYMEN | | .00 | 315.00 | FED TAX | 284.05 | 2,891.87 | .00 | 0.00 |
| SENIOR CLASS | | .00 | 1,198.17 | STATE TAX | 103.26 | 995.11 | .00 | 0.00 |
| SECONDARY BLD | | .00 | 262.50 | LOCAL TAX | 42.04 | 405.15 | .00 | 0.00 |
| | | | | UNEMP COMP | 2.12 | 20.36 | 2.12 | 20.36 |
| | | | | LST 52 | 2.00 | 18.00 | .00 | 0.00 |
| | | | | RETIREMENT | 264.72 | 2,543.16 | 1,233.25 | 11,847.78 |
| | | | | DAEA DUES | .00 | 471.00 | .00 | 0.00 |
| | | | | ADD | .00 | .00 | 0.30 | 2.70 |
| | | | | MEDICAL | 100.86 | 907.74 | 739.63 | 6,656.67 |
| | | | | PRESCRIP | 28.21 | 253.89 | 206.85 | 1,861.65 |
| | | | | DENTAL | 6.13 | 55.17 | 44.95 | 404.55 |
| | | | | VISION | 0.92 | 8.28 | 6.73 | 60.57 |
| | | | | LIFE PREM | .00 | .00 | 2.40 | 21.60 |
| | | | | LTD | .00 | .00 | 2.94 | 26.46 |
| | | | | STD | .00 | .00 | 0.43 | 3.87 |
| | | | | VOL LIFE | 33.48 | 301.32 | .00 | 0.00 |
| | | | | MED SPEND | 30.00 | 270.00 | .00 | 0.00 |
| | | | | VANGUARD | 100.00 | 900.00 | .00 | 0.00 |
| | | | | STONEBRIDG | 2,274.52 | 21,388.19 | .00 | 0.00 |
| **Totals** | 75.00 | 3529.62 | 33,908.92 | **Totals** | 3,529.62 | 33,908.92 | 2,496.91 | 23,385.89 |

| Leave | Earned | Taken | End Balance |
|---|---|---|---|
| ILLNESS | 10.00 | 5.00 | 89.50 |
| PERSONAL | 2.00 | 1.00 | 1.00 |
| BANK PRSNL | 0.00 | 0.00 | 5.00 |
| ADV PRSNL | 0.00 | 0.00 | 5.00 |
| MISC PAY | 0.00 | 3.00 | -3.00 |
| NO PAY | 0.00 | 0.00 | 0.00 |

STONEBRIDGE BANK    2,274.52

**Net Pay**: 2,274.52

Employee: CHARLENE BIGELOW

Tax Information
|  | Fed | State |
|---|---|---|
| MARITAL STATUS | M | S |
| EXEMPTIONS | 0 | 0 |

Notes:

DOWNINGTOWN AREA SCHOOL DISTRICT
540 TRESTLE PLACE
DOWNINGTOWN, PA 19335-

Date 4/22/2022   V1294560



PAY ***************VOID CHECK***************

Amount 

To the Order of: CHARLENE A BIGELOW
1606 RUSSELL DR
DOWNINGTOWN, PA
19335

CREATED BY EMPLOYEE ACCESS CENTER

**Statement of Earnings and Deductions**

| Location | Employee No. | Period Ending | Check No. | Check Date |
|---|---|---|---|---|
| 82 | 19277 | 4/22/2022 | V1294560 | 4/22/2022 |

| Earnings | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|
| Description | Hours | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REGULAR WAGES | 75.00 | 3,529.62 | 28,236.96 | FICA | 208.54 | 1,801.14 | 208.54 | 1,801.14 |
| TECH INNOVATO | | .00 | 366.67 | MEDICARE | 48.77 | 421.23 | 48.77 | 421.23 |
| MENTOR PAYMEN | | .00 | 315.00 | FED TAX | 284.05 | 2,607.82 | .00 | 0.00 |
| SENIOR CLASS | | .00 | 1,198.17 | STATE TAX | 103.26 | 891.85 | .00 | 0.00 |
| SECONDARY BLD | | .00 | 262.50 | LOCAL TAX | 42.04 | 363.11 | .00 | 0.00 |
| | | | | UNEMP COMP | 2.12 | 18.24 | 2.12 | 18.24 |
| | | | | LST 52 | 2.00 | 16.00 | .00 | 0.00 |
| | | | | RETIREMENT | 264.72 | 2,278.44 | 1,233.25 | 10,614.53 |
| | | | | DAEA DUES | .00 | 471.00 | .00 | 0.00 |
| | | | | ADD | .00 | .00 | 0.30 | 2.40 |
| | | | | MEDICAL | 100.86 | 806.88 | 739.63 | 5,917.04 |
| | | | | PRESCRIP | 28.21 | 225.68 | 206.85 | 1,654.80 |
| | | | | DENTAL | 6.13 | 49.04 | 44.95 | 359.60 |
| | | | | VISION | 0.92 | 7.36 | 6.73 | 53.84 |
| | | | | LIFE PREM | .00 | .00 | 2.40 | 19.20 |
| | | | | LTD | .00 | .00 | 2.94 | 23.52 |
| | | | | STD | .00 | .00 | 0.43 | 3.44 |
| | | | | VOL LIFE | 33.48 | 267.84 | .00 | 0.00 |
| | | | | MED SPEND | 30.00 | 240.00 | .00 | 0.00 |
| | | | | VANGUARD | 100.00 | 800.00 | .00 | 0.00 |
| | | | | STONEBRIDG | 2,274.52 | 19,113.67 | .00 | 0.00 |
| **Totals** | 75.00 | 3529.62 | 30,379.30 | **Totals** | 3,529.62 | 30,379.30 | 2,496.91 | 20,888.98 |

| Leave | Earned | Taken | End Balance |
|---|---|---|---|
| ILLNESS | 10.00 | 5.00 | 89.50 |
| PERSONAL | 2.00 | 1.00 | 1.00 |
| BANK PRSNL | 0.00 | 0.00 | 5.00 |
| ADV PRSNL | 0.00 | 0.00 | 5.00 |
| MISC PAY | 0.00 | 3.00 | -3.00 |
| NO PAY | 0.00 | 0.00 | 0.00 |

STONEBRIDGE BANK    2,274.52

**Net Pay**    2,274.52

Employee: CHARLENE BIGELOW

Tax Information

| | Fed | State |
|---|---|---|
| MARITAL STATUS | M | S |
| EXEMPTIONS | 0 | 0 |

Notes:

DOWNINGTOWN AREA SCHOOL DISTRICT
540 TRESTLE PLACE
DOWNINGTOWN, PA 19335-

Date 4/8/2022   V1292823



PAY ***************VOID CHECK***************     Amount   **********

To the Order of:
CHARLENE A BIGELOW
1606 RUSSELL DR
DOWNINGTOWN, PA
19335

CREATED BY EMPLOYEE ACCESS CENTER

**Statement of Earnings and Deductions**

| Location | Employee No. | Period Ending | Check No. | Check Date |
|---|---|---|---|---|
| 82 | 19277 | 4/8/2022 | V1292823 | 4/8/2022 |

| Earnings | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|
| Description | Hours | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REGULAR WAGES | 75.00 | 3,529.62 | 24,707.34 | FICA | 208.54 | 1,592.60 | 208.54 | 1,592.60 |
| TECH INNOVATO | | .00 | 366.67 | MEDICARE | 48.77 | 372.46 | 48.77 | 372.46 |
| MENTOR PAYMEN | | .00 | 315.00 | FED TAX | 284.05 | 2,323.77 | .00 | 0.00 |
| SENIOR CLASS | | .00 | 1,198.17 | STATE TAX | 103.26 | 788.59 | .00 | 0.00 |
| SECONDARY BLD | | .00 | 262.50 | LOCAL TAX | 42.04 | 321.07 | .00 | 0.00 |
| | | | | UNEMP COMP | 2.12 | 16.12 | 2.12 | 16.12 |
| | | | | LST 52 | 2.00 | 14.00 | .00 | 0.00 |
| | | | | RETIREMENT | 264.72 | 2,013.72 | 1,233.25 | 9,381.28 |
| | | | | DAEA DUES | 63.00 | 471.00 | .00 | 0.00 |
| | | | | ADD | .00 | .00 | 0.30 | 2.10 |
| | | | | MEDICAL | 100.86 | 706.02 | 739.63 | 5,177.41 |
| | | | | PRESCRIP | 28.21 | 197.47 | 206.85 | 1,447.95 |
| | | | | DENTAL | 6.13 | 42.91 | 44.95 | 314.65 |
| | | | | VISION | 0.92 | 6.44 | 6.73 | 47.11 |
| | | | | LIFE PREM | .00 | .00 | 2.40 | 16.80 |
| | | | | LTD | .00 | .00 | 2.94 | 20.58 |
| | | | | STD | .00 | .00 | 0.43 | 3.01 |
| | | | | VOL LIFE | 33.48 | 234.36 | .00 | 0.00 |
| | | | | MED SPEND | 30.00 | 210.00 | .00 | 0.00 |
| | | | | VANGUARD | 100.00 | 700.00 | .00 | 0.00 |
| | | | | STONEBRIDG | 2,211.52 | 16,839.15 | .00 | 0.00 |
| **Totals** | 75.00 | 3529.62 | 26,849.68 | **Totals** | 3,529.62 | 26,849.68 | 2,496.91 | 18,392.07 |

| Leave | Earned | Taken | End Balance |
|---|---|---|---|
| ILLNESS | 10.00 | 5.00 | 89.50 |
| PERSONAL | 2.00 | 1.00 | 1.00 |
| BANK PRSNL | 0.00 | 0.00 | 5.00 |
| ADV PRSNL | 0.00 | 0.00 | 5.00 |
| MISC PAY | 0.00 | 3.00 | -3.00 |
| NO PAY | 0.00 | 0.00 | 0.00 |

STONEBRIDGE BANK                           2,211.52

**Net Pay**: 2,211.52

Employee: CHARLENE BIGELOW

Tax Information

|  | Fed | State |
|---|---|---|
| MARITAL STATUS | M | S |
| EXEMPTIONS | 0 | 0 |

**Notes:**