Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 22-11569-AMC**

Charlene Ann Bigelow  
1606 Russell Drive  
Downingtown  PA    19335

Petition Filed Date: 06/16/2022  
341 Hearing Date: 08/05/2022  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

***There were no receipts posted to this case for the time period selected***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | STANLEY E LUONGO JR ESQ | Attorney Fees | $3,000.00 | $0.00 | $3,000.00 |
| 1 | FORD MOTOR CREDIT COMPANY »» 001 | Unsecured Creditors | $9,749.22 | $0.00 | $0.00 |
| 3 | ROCKET MORTGAGE LLC »» 003 | Mortgage Arrears | $138,038.31 | $0.00 | $0.00 |
| 4 | CACH, LLC »» 004 | Unsecured Creditors | $2,984.58 | $0.00 | $0.00 |

#### SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $0.00 | Current Monthly Payment: | $2,930.00 |
| Paid to Claims: | $0.00 | Arrearages: | $2,930.00 |
| Paid to Trustee: | $0.00 | Total Plan Base: | $175,800.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.