IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

CHARLENE ANN BIGELOW  :  CHAPTER 13

DEBTOR.  :  BANKRUPTCY NO. 22-11569-amc

ENTRY OF APPEARANCE PRO HAC VICE AND REQUEST
TO BE PLACED ON DISTRIBUTION LIST

I represent the Bradford Glen Homeowners' Association, a creditor in this case. Please allow my appearance as counsel for Bradford Glen Homeowners' Association, pro hac vice, enter my appearance, and place my name on the distribution list and forward a copy of all notices and papers in the case given or required to be given by the Court, the Debtor or any other party to this proceeding to the undersigned at the address stated below.

8/25/22
Date

By: /s/ John S. Carnes, Jr.
John S. Carnes, Jr., Esquire
101 West Main Street
Parkesburg, PA 19365
Attorney I.D. No. 47388
Phone: (610) 857-5500
Fax:   (610) 857-5501

Attorney for Creditor,
Bradford Glen Homeowners' Assn.



AUG 29 2022

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Entry of Appearance Pro Hac Vice and Request to be Placed on Distribution List has been sent via U.S. First Class Mail, postage pre-paid to the following party on the date below noted.

Stanley E. Luongo, Jr., Esq.  
Luongo Bellwoar LLP  
126 West Miner Street  
West Chester, PA  19382

Scott F. Waterman, Esq.  
Chapter 13 Trustee  
2901 St. Lawrence Ave., Suite 100  
Reading, PA 19606

8/27/22  
Date

John S. Carnes, Jr., Esquire, Attorney for Creditor, Bradford Glen Homeowners Assn.



AUG 29 2022