## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Charlene Ann Bigelow<br>　　　　　Debtor(s)<br><br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc<br>　　　　　Movant<br>　　vs.<br><br>Charlene Ann Bigelow<br>　　　　　Debtor(s)<br><br>Scott F. Waterman<br>　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 22-11569 AMC<br><br><br><br>11 U.S.C. Sections 362 and 1301 |

### ORDER

AND NOW, this ____ day of _____, 2022 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1606 Russell Drive, Downingtown, PA 19335 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: November 16, 2022**

_/s/ Ashely M. Chan_
United States Bankruptcy Judge.