United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 22-11569-amc
Charlene Ann Bigelow     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Nov 17, 2022     Form ID: pdf900     Total Noticed: 21

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charlene Ann Bigelow, 1606 Russell Drive, Downingtown, PA 19335-3578 |
| 14698725 | + | Bradford Glen Homeowners Association, c/o John S. Carnes, Jr., Esquire, 101 Main Street, Parkesburg, PA 19365-1127 |
| 14698724 | + | Bradford Glen Homeowners Association, P.O. Bxo 72733, Thorndale, PA 19372-0733 |
| 14698728 | + | Capital One Bank (USA) N.A., c/o Law Offices of Hayt Hayt & Landau LL, 2 Industrial Way West, Eatontown, NJ 07724-2265 |
| 14701325 | + | Ford Motor Credit Company LLC, 1060 Andrew Drive, Suite 170, West Chester, West Chester, PA 19380-5601 |
| 14698730 | + | Rocket Mortage, LLC, c/o Stephanie Walczak, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14702842 | + | Stanley E. Luongo, Jr., Esquire, 126 West Miner Street, West Chester, PA 19382-3216 |
| 14715730 | + | West Bradford Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14715971 | + | West Bradford Township, C/O JAMES RANDOLPH WOOD, Portnoff Law Associates, Ltd., 2700 Horizon Drive, ste. 100, King of Prussia, PA 19406-2726 |
| 14698733 | + | West Bradford Township, c/o Diane E. Boehret, Esquire, Portnoff Law Associates, LTD, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14715731 | + | West Bradford Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 18 2022 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 18 2022 00:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14698726 | + | Email/Text: notices@burt-law.com | Nov 18 2022 00:07:00 | Burton Neil & Associates, 1060 Andrew Drive, #170, West Chester, PA 19380-5600 |
| 14698727 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2022 00:16:58 | CACH, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14708884 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2022 00:16:59 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14698729 | + | Email/Text: EBNBKNOT@ford.com | Nov 18 2022 00:07:00 | Ford Motor Credit, P.O. Box 542000, Omaha, NE 68154-8000 |
| 14698731 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 18 2022 00:07:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14700766 | ^ | MEBN | Nov 18 2022 00:02:05 | Rocket Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14703104 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 18 2022 00:07:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14698732 | | Email/Text: jdubiel@westbradford.org | Nov 18 2022 00:06:00 | West Bradford Township, 1385 Campus Drive, Downingtown, PA 19335 |

Case 22-11569-amc    Doc 35    Filed 11/19/22    Entered 11/20/22 00:33:42    Desc Imaged
Certificate of Notice    Page 2 of 3

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Nov 17, 2022 | Form ID: pdf900 | Total Noticed: 21
TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | West Bradford Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 19, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor West Bradford Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JOHN S. CARNES, JR. | on behalf of Creditor Bradford Glen Homeowners's Association jcarnes@jcatty.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| STANLEY E. LUONGO, JR. | on behalf of Debtor Charlene Ann Bigelow stan.luongo@luongobellwoar.com nicole.werner@luongobellwoar.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Charlene Ann Bigelow | Bankruptcy No. 22-11569-AMC |
| Debtor | |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: November 17, 2022**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE